**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CATHERINE MORENO**

       **Plaintiff,**             **CASE NO. 8:18-cv-00197-SDM-TBM**

vs.

**SYNCHRONY BANK ,**

       **Defendant.**

### NOTICE OF SETTLEMENT

Plaintiff hereby notifies the Court that the parties have reached a settlement in principle in this action. Upon full execution of a settlement agreement and compliance with all terms set forth therein, this matter will be dismissed, with prejudice.

### CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

           Respectfully submitted,

           /s/ *Jon Dubbeld*_____
           Jon P. Dubbeld, Esq.
           Fla. Bar No. 105869
           Berkowitz & Myer
           4900 Central Ave
           St. Petersburg, Florida 33707
           Telephone: (727) 344-0123
           Jon@berkmyer.com
           *Attorneys for Plaintiff*